IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 |
| | : | Case No. 12-cv-00202 |
| PRODUCT(S): | : : | |
| INSTRUMENT PANEL CLUSTERS | : : | |
| This Document Relates to: | : : | Hon. Marianne O. Battani |
| ALL DEALERSHIP ACTIONS | : : | |

**DEALERSHIP PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF PROPOSED SETTLEMENT WITH DEFENDANTS
NIPPON SEIKI CO., LTD., N.S. INTERNATIONAL, LTD., AND
NEW SABINA INDUSTRIES, INC. AND PROVISIONAL
<u>CERTIFICATION OF A SETTLEMENT CLASS</u>**

Dealership Plaintiffs hereby move the Court, pursuant to Rule 23(c) and (e) of the Federal Rules of Civil Procedure, for an Order in the form attached hereto:

(1) Preliminarily approving the proposed settlement of this litigation with Defendants Nippon Seiki Co., Ltd., N.S. International, Ltd., and New Sabina Industries, Inc., (collectively, "Nippon Seiki");

(2) Provisionally approving the proposed Settlement Class;

(3) Staying the proceedings against Nippon Seiki in accordance with the terms of the Settlement Agreement;

(4) Authorizing Dealership Plaintiffs to provide notice of the Settlement Agreement to class members at a later date, in a form and manner to be approved in advance by this Court; and

(5) Appointing Interim Co-Lead Class Counsel as Settlement Class Counsel, and Interim Liason Counsel as Settlement Class Liaison Counsel, for purposes of this settlement.

In support of this Motion, Dealership Plaintiffs rely upon and incorporate by reference herein the facts and legal arguments set forth in the accompanying Memorandum of Law.

Nippon Seiki consents to this motion and to the entry of the proposed order.

Respectfully submitted,

Dated: December 23, 2013     __/s/_____
Gerard V. Mantese
(Michigan Bar No. P34424)
Brendan Frey
(Michigan Bar No. P70893)
David Hansma
(Michigan Bar No. P71056)
**Mantese Honigman Rossman
 and Williamson, P.C.**
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com
bfrey@manteselaw.com
dhansma@manteselaw.com

*Interim Liaison Counsel for Dealership Plaintiffs and Proposed Settlement Class Liaison Counsel*

Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
**Cuneo Gilbert & LaDuca, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com

        Don Barrett
        David McMullan
        Brian Herrington
        **BARRETT LAW GROUP, P.A.**
        P.O. Box 927
        404 Court Square
        Lexington, MS 39095
        Telephone:  (662) 834-2488
        Facsimile:   (662)834-2628
        dbarrett@barrettlawgroup.com
        bherrington@barrettlawgroup.com
        dmcmullan@barrettlawgroup.com

        Shawn M. Raiter
        Paul A. Sand
        **LARSON KING, LLP**
        2800 Wells Fargo Place
        30 East Seventh Street
        St. Paul, MN 55101
        Telephone:  (651) 312-6500
        Facsimile:   (651) 312-6618
        sraiter@larsonking.com
        psand@larsonking.com

      *Interim Co-Lead Class Counsel for Dealership*
      *Plaintiffs and Proposed Settlement Class Counsel*


## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2013, I caused the foregoing motion to be filed using the

Court's CM/ECF system which will send electronic service to all counsel of record.


            /s/Brendan H. Frey
          Brendan H. Frey

Dated: December 23, 2013